IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

MARK ALEXANDER,

      Plaintiff,

   v.

CITY OF CAMDEN, et al.,

      Defendant.

Civil No. 06-5767 (JEI)

### AMENDED SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel during the telephone status conference on August 14, 2008; and the Court noting that counsel for all parties appeared.

IT IS this **14th** day of **August, 2008,** hereby **ORDERED:**

1. The Court will conduct a telephone status conference on **September 15, 2008 at 9:30 a.m.** **Plaintiff's counsel shall initiate the telephone conference.**

      **THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

s/ Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge